IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

HARVEY HILL,

    Plaintiff,

v.                           CASE NO. CV414-200

MARK A. NESTOR, P.C.,

    Defendant.

**O R D E R**

Before the Court is Plaintiff's Motion to Transfer Venue. (Doc. 7.) In his motion, Plaintiff admits that he filed this case in this Southern District of Georgia by mistake and that both parties reside and the conduct giving rise to this action occurred in the Northern District of Georgia. (Id. ¶ 5.) As a result, Plaintiff seeks a transfer of this case to the Northern District pursuant to 28 U.S.C. § 1404(a), which provides that a district court may transfer a civil action to another district for the convenience of the parties and witnesses and in the interest of justice. (Id. ¶¶ 6-7.) Defendant does not oppose Plaintiff's motion.[1] Accordingly, Defendant's motion is **GRANTED** and the Clerk of Court is **DIRECTED** to **TRANSFER** this case to the United States

---

[1] In his pending Motion to Dismiss, Defendant actually argues that venue in this district is improper and similarly seeks a transfer. (Doc. 5 at 7-8.)

District Court for the Northern District of Georgia, Atlanta Division.[2] Upon transfer, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of April 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[2] Because this action is transferred pursuant to 28 U.S.C. § 1404(a), the Court makes no ruling on Defendant's Motion to Dismiss. (Doc. 5.)